IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60306
(Summary Calendar)
_____

ROMULO ELIAS PLASENCIA-ARANA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A29-989-873
BIA No. A29-989-872
--------------------
December 6, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Petitioner Romulo Elias Plasencia-Arana (Plasencia) petitions for review of the decision of the Board of Immigration Appeals (BIA) dismissing his appeal from the immigration judge's decision denying his application for asylum and for a withholding of deportation. He argues that the BIA's decision denying asylum was not supported by substantial evidence. Plasencia insists he established that he suffered from past persecution and that he had a well-founded fear of future persecution by the "Shining Path"

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

group because of his political and religious beliefs. We have reviewed the record and the briefs and have determined that the BIA's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Attempts by guerrillas to coerce a person to join or assist their group do not, without more, constitute persecution for the purposes of asylum. See INS v. Elias-Zacarias, 502 U.S. 478, 483 (1992). The petition for review is

DENIED.